UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Robert Moore,<br> Petitioner,<br><br>-v-<br><br>Bonita Hoffner,<br> Respondent. | No. 1:15-cv-752<br><br>HONORABLE PAUL L. MALONEY |

# JUDGMENT

In accordance with the accompanying Opinion and Order entered on this date (ECF No. 16), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

**Date:** May 25, 2018             /s/ Paul L. Maloney
                           Paul L. Maloney
                           United States District Judge